1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLYN KEITH BARROW** | Case No. 10-CIV-698 KLN |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from September 15, 2010, to October 19, 2010. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to insure older cases have briefing priority.

/ / / /

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: September 15, 2010 | */s/Bess M. Brewer* |
| 5 | | BESS M. BREWER<br>Attorney at Law |
| 6 | | Attorney for Plaintiff |

Dated: September 15, 2010        Benjamin G. Wagner

United States Attorney

/s/ *Jacob Mikow*
JACOB MIKOW
(by e-mail)

Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: September 20, 2010

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE