```
BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOLYN KEITH BARROW**<br>XXX-XX-3270<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>Defendant. | Case No. 10-CIV-698 KJN<br><br>**STIPULATION AND ORDER**<br>**EXTENDING PLAINTIFF'S TIME TO**<br>**FILE MEMORANDUM IN SUPPORT**<br>**OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 19, 2010, to December 23, 2010.  This extension is required because Plaintiff's counsel has briefs in three older cases due this week and needs to give them briefing priority.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: October 19, 2010 | /s/Bess M. Brewer |
| 5 | | BESS M. BREWER<br>Attorney at Law |
| 6 | | Attorney for Plaintiff |

Dated: October 19, 2010        Benjamin G. Wagner

United States Attorney

/s/ Cynthia De Nardi
CYNTHIA DE NARDI

Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  October 20, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE