BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone: (415) 977-8961
      Facsimile: (415) 744-0134
      Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| DOLYN KEITH BARROW, | CIVIL NO. 2:10-cv-698-KJN |
| Plaintiff, | **STIPULATION FOR EXTENDING BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The undersigned will be away from the office December 24, 2010 to January 3, 2011. Counsel for the Commissioner requires additional time in order to respond to Plaintiff's arguments. The current date is December 30, 2010. The new due date will be January 31, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |
|---|---|
| | Respectfully submitted, |
| Date:  December 16, 2010 | /s/ Bess M. Brewer* |
| | BESS M. BREWER |
| | (* by email authorization 12/16/10) |
| | Bess M. Brewer and Associates |
| | Attorney for Plaintiff |
| | |
| | BENJAMIN B. WAGNER |
| | United States Attorney |
| | LUCILLE GONZALES MEIS |
| | Regional Chief Counsel, Region IX |
| | |
| | /s/ Cynthia B. De Nardi |
| | CYNTHIA B. DE NARDI |
| | |
| | Attorneys for Defendant |

## ORDER

APPROVED AND SO ORDERED:

DATED:  December 16, 2010

           /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE